1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANJIT SINGH,

      Plaintiff,                     No. C 09-02127 WHA

  v.

THE FORD STORE SAN LEANDRO,       **ORDER RE NOTICE
OF SETTLEMENT**

      Defendant.

_____/

      The Court acknowledges and thanks defendant for its notice of settlement filed today but cautions that until a dismissal is filed, the parties must appear for the case management conference on August 20 and honor all other deadlines.

      **IT IS SO ORDERED.**

Dated:  August 13, 2009.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE