IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANJIT SINGH,

    Plaintiff,

  v.

THE FORD STORE SAN LEANDRO,

    Defendant.

No. C 09-02127 WHA

**ORDER DENYING ATTENDANCE BY TELEPHONE**

The Court does not permit attendance by telephone of hearings or conferences due to the poor sound quality of the equipment in the courtroom, so plaintiff's request to attend the case management conference by telephone is **DENIED**. Please note that the federal courthouse is in San Francisco, not Oakland.

**IT IS SO ORDERED.**

Dated: August 17, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE